**Exhibit A**
**Statement of Claim**
**Plaintiff Christian Andres Reyes**

## Unpaid Overtime Wages, Minimum Wages, and Wages Paid Late

| Period[1] | Weeks[1,2] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Applicable Hourly Rate[1] | Minimum Wage Hourly Rate[1,3] | Overtime Hourly Rate[1] | Paid Late[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Late Pay Liquidated Damages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/6/23 - 3/13/26 | 120 | 40 | $ 1,200.00 | | $ 12.53 | | ✓ | $ - | $ - | $ 60,144.00 | $ 60,144.00 |
| 5/6/23 - 3/13/26 | 15 | 45 | $ 1,200.00 | $ 26.67 | $ 12.53 | $ 40.00 | ✓ | $ - | $ 1,000.00 | $ 10,518.00 | $ 11,518.00 |
| 5/6/23 - 3/13/26 | 14 | 40 | $ - | | $ 12.53 | | n/a | $ 7,016.80 | $ - | $ - | $ 7,016.80 |
| | | | | | | | | $ 7,016.80 | $ 1,000.00 | $ 70,662.00 | $ 78,678.80 |

| | |
|---|---|
| Total Unpaid Minimum Wages[1] = | $ 7,016.80 |
| Total Unpaid Overtime Wages[1] = | $ 1,000.00 |
| Total Late Pay Liquidated Damages[1] = | $ 70,662.00 |
| Total Liquidated Damages[1] = | $ 78,678.80 |
| Total[1] = | $ 86,695.60 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.

[2] The total of 150 weeks across all three periods is the total number of weeks from May 2, 2023, through March 13, 2026.

[3] The Minimum Wage Hourly Rate is calculated using weighted averages, yielding a result mathematically identical to using the actual rates.